**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6896**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

   v.

SAVINO BRAXTON,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Senior District Judge.  (1:09-cr-00478-JKB-1)

_____

Submitted:  February 27, 2025                                   Decided:  March 4, 2025

_____

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Savino Braxton, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Savino Braxton appeals the district court's order denying without prejudice his motion under 18 U.S.C. § 3583(e)(1) for early termination of supervised release. Upon review, we discern no abuse of discretion in the district court's decision. *See United States v. Pregent*, 190 F.3d 279, 282 (4th Cir. 1999) (providing standard of review). Accordingly, we affirm the district court's order. *United States v. Braxton*, No. 1:09-cr-00478-JKB-1 (D. Md. Aug. 29, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2